# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-1007
_____

McCaffree Financial Corp., on behalf of a class of those similarly situated, on behalf of The McCaffree Financial Corp. Employee Retirement Program

Plaintiff - Appellant

v.

Principal Life Insurance Company

Defendant - Appellee

------------------------------

Thomas E. Perez

Amicus on Behalf of Appellant(s)

American Council of Life Insurers

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:14-cv-00102-SMR)
_____

## JUDGMENT

Before RILEY, Chief Judge, BYE and GRUENDER, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 08, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans