# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1007

McCaffree Financial Corp., on behalf of a class of those similarly situated, on behalf of The McCaffree Financial Corp. Employee Retirement Program

Appellant

v.

Principal Life Insurance Company

Appellee

------------------------------

Thomas E. Perez

Amicus on Behalf of Appellant(s)

American Council of Life Insurers

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:14-cv-00102-SMR)
_____

## MANDATE

In accordance with the opinion and judgment of 01/08/2016, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

February 25, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit